IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROSS PARKHURST and AMY PARKHURST,
individually and as next friend of
H.P., a minor child under the age
of eighteen                                                    PLAINTIFFS

     v.               Civ. No. 07-2068

STEPHEN TABOR, individually and in
his official capacity as Prosecuting
Attorney for Twelfth Judicial District,
Sebastian County, State of Arkansas;
DANIEL SHUE, individually and in his
official capacity as Chief Deputy
Prosecuting Attorney for Twelfth
Judicial District, Sebastian County,
State of Arkansas;
COUNTY OF SEBASTIAN, a body corporate
and politic in the State of Arkansas;
CHAD BELT, an individual                                       DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motions to dismiss (Docs. 7, 17) are **GRANTED**.

IT IS SO ORDERED this 30th day of October 2007.

                                          */s/ Robert T. Dawson*
                                          Robert T. Dawson
                                          United States District Judge