IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROSS PARKHURST and AMY PARKHURST,
as next friend of H.P., a minor
child under the age of eighteen                                PLAINTIFFS

  v.       Civ. No. 07-2068

CHAD BELT                                                       DEFENDANT

## JUDGMENT

On the 17th day of June 2008, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding.  Two members of the jury were excused during the course of the trial.  The trial continued until June 20, 2008, when the case was submitted to the six-member jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:**  ON PLAINTIFFS' CLAIM THAT DEFENDANT COMMITTED A BATTERY AGAINST H.P., WE THE JURY FIND IN FAVOR OF:

 PLAINTIFFS  __√__

 DEFENDANT  _____

**INTERROGATORY NO. 2:**  ON PLAINTIFFS' CLAIM THAT DEFENDANT COMMITTED OUTRAGE AGAINST H.P., WE THE JURY FIND IN FAVOR OF:

 PLAINTIFFS  __√__

 DEFENDANT  _____

**INTERROGATORY NO. 3:**  STATE THE AMOUNT OF COMPENSATORY DAMAGES THAT YOU FIND FROM THE PREPONDERANCE OF THE EVIDENCE SHOULD BE AWARDED TO PLAINTIFFS.

ANSWER: $250,000

**INTERROGATORY NO. 4:** STATE THE AMOUNT OF PUNITIVE DAMAGES THAT YOU FIND FROM CLEAR AND CONVINCING EVIDENCE SHOULD BE AWARDED TO PLAINTIFFS.

ANSWER: $750,000

**INTERROGATORY NO. 5:** ON DEFENDANTS' CLAIM THAT PLATINIFFS COMMITTED DEFAMATION AGAINST DEFENDANT, WE THE JURY FIND IN FAVOR OF:

PLAINTIFFS  __√__

DEFENDANT  _____

In accordance with this verdict, it is HEREBY ORDERED AND ADJUDGED that H.P. should have and recover of and from Defendant compensatory damages in the amount of $250,000.00, and punitive damages in the amount of $750,000, plus interest from the date of this judgment until paid at the current post-judgment interest rate of 2.75% per annum.  Plaintiffs' counsel is directed to file any request for allowable costs in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and Title 28, Section 1920 of the United States Code.

Dated this 24th day of June 2008.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**