```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

ROSS PARKHURST and AMY PARKHURST,
as next friend of H.P., a minor
child under the age of eighteen                PLAINTIFFS

    V.        CASE No. 07-2068

CHAD BELT                                       DEFENDANT

PRO TECH SECURITY, INC.                         GARNISHEE

### ORDER

Now on this 29th day of December, 2008, there comes on for consideration Plaintiffs' Motion for Default Judgment as to Garnishee Pro Tech Security, Inc. (Doc. 114) and Motion to Enter Agreed Payover Order (Doc. 118). The Court, being well and sufficiently advised, finds the motion to enter the payover order (Doc. 118) should be GRANTED, and the Motion for Default Judgment (Doc. 114) is DENIED AS MOOT.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge